NOT ORIGINAL DOCUMENT
05/06/2019 03:05:08 PM
65730-6

COMMONWEALTH OF KENTUCKY
FAYETTE COUNTY CIRCUIT COURT
CASE NO. _____

**WORLD HERITAGE ANIMAL GENOMIC RESOURCES, INC.**          **PLAINTIFFS**
P.O. BOX 11025
LEXINGTON, KENTUCKY 40512

and

LUCINDA CHRISTIAN
2625 STEPSTONE ROAD
MT. STERLING, KENTUCKY 40353

v.

**LAURA WRIGHT**                                           **DEFENDANTS**
215 HAMPDEN ROAD, APT 1
ROCHESTER, NEW YORK 14610

and

GEICO INDEMNITY COMPANY
5260 WESTERN AVENUE
CHEVY CHASE, MARYLAND 20815

**ELECTRONICALLY FILED**

---

**COMPLAINT WITH JURY DEMAND**

---

*****

Come the Plaintiffs, World Heritage Animal Genomic Resources, Inc. ("WHAGR") and Lucinda Christian, by and through counsel, and for their Complaint and cause of action against Defendants Laura Wright and GEICO Indemnity Company ("GEICO"), state as follows:

1. Plaintiff WHAGR is, and was at all times relevant herein, a California not for profit corporation registered to do business in Kentucky.

2. Plaintiff Lucinda Christian is, and was at all times relevant herein, a resident of Kentucky.

Exhibit A

Presiding Judge: HON. PAMELA GOODWINE (622212)

COM : 000001 of 000005

3. Defendant Laura Wright is, and was at all times relevant herein, a resident of New York that caused injury in Kentucky.

4. Defendant GEICO is, and was at all times relevant herein, a Maryland company doing business in Kentucky.

5. Jurisdiction and venue are proper in this general trial court as the motor vehicle collision giving rise to this case occurred in Fayette County, Kentucky and the damages are in excess of the jurisdictional limits of this Court.

6. On March 31, 2017, Defendant Laura Wright drove her vehicle into Plaintiffs' vehicle, causing serious physical injury and property loss to Plaintiffs.

7. On March 31, 2017, Defendant Laura Wright was insured under a policy of liability insurance issued by Defendant GEICO.

## CLAIM 1 - NEGLIGENCE

8. Defendant Laura Wright operated her vehicle in such a negligent, reckless, and careless manner so as to cause it to collide with Plaintiffs' vehicle.

9. That as a direct and proximate cause of the negligence of Defendant Laura Wright in operating her vehicle, Plaintiff WHAGR was caused to suffer significant property loss and loss to its business and will be incur losses to its business into the future.

## CLAIM 2 - STATUTORY NEGLIGENCE

10. Plaintiffs adopt and reiterate each and every aforementioned allegation as if set forth fully herein and incorporate the same by reference.

11. Defendant Laura Wright's actions constitute violations of various sections and subsections of the Kentucky Revised Statutes including but not limited to KRS §189.290(1) and constitute negligence *per se* pursuant to KRS § 446.070 and Kentucky case law.

2

12. That the injuries suffered by Plaintiff WHAGR are of the type that the aforementioned statutes seek to prevent and that such injuries were caused by Defendant Laura Wright's violations of the statutes.

13. That as a direct and proximate result of Defendant Laura Wright's violations of Kentucky law, Plaintiff WHAGR was caused to suffer significant property loss and loss to its business and will incur losses to its business into the future.

### CLAIM 3 – VIOLATION OF KENTUCKY'S UNFAIR CLAIMS SETTLEMENT PRACTICES ACT

14. Plaintiffs adopt and reiterate each and every aforementioned allegation as if set forth fully herein and incorporate the same by reference.

15. Defendant GEICO provided a policy of liability insurance covering damages for negligent acts caused by Defendant Laura Wright while driving her vehicle.

16. In addition to the damages suffered by Plaintiff WHAGR, Plaintiff Lucinda Christian also suffered significant personal injuries in the motor vehicle collision.

17. Plaintiffs made claims with Defendant GEICO for damages that were greater than Defendant GEICO's policy limits.

18. Defendant GEICO failed to investigate Plaintiffs' claims and failed to timely and fairly make offers to Plaintiffs.

19. Defendant GEICO finally offered the per-person bodily injury limits of Defendant Laura Wright's insurance policy to Plaintiff Lucinda Christian after she obtained counsel and made multiple demands, but the offer was significantly delayed without justification.

20. Defendant GEICO failed to offer the limits of Laura Wright's policy of insurance to Plaintiff WHAGR for its damages caused by the March 31, 2017 collision, even though its damages greatly exceed Laura Wright's policy limits.

21. Defendant GEICO's failure to timely and fairly adjust Plaintiffs' claims is a violation of Kentucky's Unfair Claims Settlement Practices Act, KRS 304.12-230, et seq.

22. Defendant GEICO's violation of Kentucky's Unfair Claims Settlement Practices Act has caused damage to Plaintiffs.

### CLAIM 4 – BAD FAITH

23. Plaintiffs adopt and reiterate each and every aforementioned allegation as if set forth fully herein and incorporate the same by reference.

24. Defendant GEICO's failure to timely investigate and pay Plaintiffs' claims were in bad faith and in reckless disregard to Plaintiffs.

25. Defendant GEICO's bad faith has significantly damaged Plaintiffs.

WHEREFORE, Plaintiffs hereby demand as follows:

1. Judgment against the Defendants in such amounts as will fairly and adequately compensate the Plaintiffs for their damages as alleged herein;

2. Punitive damages;

3. Costs herein expended;

4. Attorney's fees;

5. Prejudgment interest;

6. Trial by jury;

7. All further relief to which Plaintiffs may be entitled.

Respectfully submitted,

/s/ Louis C. Schneider
**LOUIS C. SCHNEIDER, ESQ.**
**THOMAS LAW OFFICES, PLLC**
250 East Fifth Street, Suite 440
Cincinnati, Ohio 45202
Phone: (513) 360-6480
Fax: (502) 495-3943
lou.schneider@thomaslawoffices.com

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

Respectfully submitted,

/s/ Louis C. Schneider
**LOUIS C. SCHNEIDER, ESQ.**

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **19-CI-01218**<br>Court:  **CIRCUIT**<br>County: **FAYETTE** |

*Plantiff,* WORLD HERITAGE ANIMAL GENOMIC RESOURCES, ET AL VS. WRIGHT, L, *Defendant*

TO:  **LAURA WRIGHT**
   **215 HAMPDEN ROAD, APT 1**
   **ROCHESTER, NY 14610**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Vincent Riggs*
Fayette Circuit Clerk
Date: **3/29/2019**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 ____        _____
                         Served By

                         _____
                         Title

Summons ID: @00000847475
CIRCUIT: 19-CI-01218 Certified Mail
WORLD HERITAGE ANIMAL GENOMIC RESOURCES, ET AL VS. WRIGHT, L



Page 1 of 1

*Presiding Judge: HON. PAMELA GOODWINE (62212)*
*CI : 000001 of 000001*

eFiled

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice  Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **19-CI-01218**
65730-6
Court: **CIRCUIT**
County: **FAYETTE**

*Plantiff,* **WORLD HERITAGE ANIMAL GENOMIC RESOURCES, ET AL VS. WRIGHT, L**, *Defendant*

TO: **GEICO INDEMNITY COMPANY**
**5260 WESTERN AVENUE**
**CHEVY CHASE, MD 20815**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Vincent Riggs

Fayette Circuit Clerk
Date: **3/29/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____

_____
Served By

_____
Title

Summons ID: @00000847476
CIRCUIT: 19-CI-01218 Long Arm Statute – Secretary of State
WORLD HERITAGE ANIMAL GENOMIC RESOURCES, ET AL VS. WRIGHT, L



Page 1 of 1

eFiled

NOT ORIGINAL DOCUMENT
05/06/2019 03:05:41 PM
Presiding Judge: HON. PAMELA GOODWINE (62212)
CI : 000001 of 000001



**Commonwealth of Kentucky**
**Vincent Riggs, Fayette Circuit Clerk**

| | |
|---|---|
| **Case #:** 19-CI-01218 | **Envelope #:** 1555490 |
| **Received From:** LOUIS SCHNEIDER | **Account Of:** LOUIS SCHNEIDER |
| **Case Title:** WORLD HERITAGE ANIMAL GENOMIC RESOURCES, ET AL VS. WRIGHT, L | **Confirmation Number:** 89516035 |
| **Filed On** 3/29/2019   6:57:27PM | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $1.00 |
| 5 | Court Facilities Fee | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | $70.00 |
| 8 | Money Collected For Others(Postage) | $12.25 |
| 9 | Charges For Services(Copy - Photocopy) | $0.70 |
| 10 | Money Collected For Others(Postage) | $12.40 |
| 11 | Money Collected For Others(Secretary of State) | $10.00 |
| 12 | Charges For Services(Copy - Photocopy) | $1.40 |
| 13 | Charges For Services(Attestation) | $0.50 |
| | **TOTAL:** | $328.25 |

NOT ORIGINAL DOCUMENT
05/06/2019 03:06:08 PM
65730-6

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
CASE NO. 19-CI-01218

WORLD HERITAGE ANIMAL
GENOMIC RESOURCES, INC.
and
LUCINDA CHRISTIAN                                                                PLAINTIFFS

**ANSWER TO COMPLAINT**

v.                              *FILED ELECTRONICALLY*

LAURA WRIGHT
and
GEICO INDEMNITY COMPANY                                                           DEFENDANTS

\* \* \* \* \*

Comes the Defendant, GEICO Indemnity Company (hereinafter "GEICO"), by counsel, and for its Answer to the Complaint, states as follows:

1. GEICO is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraphs 1 and 2 of the Complaint and, therefore, denies same.

2. GEICO admits the allegations contained in Paragraph 3 of the Complaint.

3. In response to the allegations contained in Paragraph 4 of the Complaint, GEICO admits that it is a Maryland company. GEICO states that the remaining allegations contained in Paragraph 4 of the Complaint lack sufficient specificity to enable GEICO to form a response thereto and, therefore, GEICO denies same.

## FACTS

4. GEICO is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraphs 4 through 6 of the Complaint and, therefore, denies same.

5. GEICO admits the allegations contained in Paragraph 7 of the Complaint.

## CLAIM 1—NEGLIGENCE

6. GEICO is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraphs 8 and 9 of the Complaint and, therefore, denies same.

## CLAIM 2—STATUTORY NEGLIGENCE

7. In response to the allegations contained in Paragraph 10 of the Complaint, GEICO adopts and reiterates each of its previous responses as set forth above.

8. GEICO is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraphs 11 through 13 of the Complaint and, therefore, denies same.

## CLAIM 3—VIOLATION OF KENTUCKY'S UNFAIR CLAIMS SETTLEMENT PRACTICES ACT

9. In response to the allegations contained in Paragraph 14 of the Complaint, GEICO adopts and reiterates each of its previous responses as set forth above.

10. In response to the allegations contained in Paragraph 15 of the Complaint, GEICO states that the policy of insurance speaks for itself and denies any and all allegations that are inconsistent with the express terms of the policy.

11. GEICO states that the allegations contained in Paragraph 16 of the Complaint lack GEICO states that the remaining allegations contained in Paragraph 4 of the Complaint lack

NOT ORIGINAL DOCUMENT
05/06/2019 03:06:08 PM
65730-6

sufficient specificity to enable GEICO to form a response thereto and, therefore, GEICO denies same.

12.  GEICO denies the allegations contained in Paragraphs 17 through 22 of the Complaint.

### CLAIM 4—BAD FAITH

13.  In response to the allegations contained in Paragraph 23 of the Complaint, GEICO adopts and reiterates each of its previous responses as set forth above.

14.  GEICO denies the allegations contained in Paragraphs 24 and 25 of the Complaint.

15.  In response to Plaintiffs' demand for judgment and prayer for relief contained in the concluding paragraph and subparagraphs of the Complaint, GEICO denies liability for Plaintiffs' demand for judgment or any other sum.

16.  Any allegation not heretofore addressed is specifically denied.

### AFFIRMATIVE DEFENSES

17.  GEICO affirmatively states and alleges that if Plaintiffs sustained any injuries or damages as described in the Complaint, that the same may have been caused or contributed to by the carelessness, negligence and unlawful conduct of Plaintiffs, or of others over whom GEICO had no control.

18.  GEICO affirmatively states and alleges that Plaintiffs' claims are barred, in whole or in part, by settlement and release agreements executed by one or more of the Plaintiffs.

19.  GEICO affirmatively states and alleges that Plaintiffs' claims may be barred, in whole or in part, by the terms and conditions of the applicable policy.

NOT ORIGINAL DOCUMENT
05/06/2019 03:06:08 PM
65730-6

20. GEICO affirmatively states and alleges that the Complaint fails to allege facts sufficient to support a claim for exemplary and/or punitive damages and any claim for said damages should therefore be dismissed.

21. GEICO affirmatively states and alleges that Plaintiffs' claim for exemplary and/or punitive damages is barred by KRS 411.184 and KRS 411.186.

22. GEICO affirmatively states and alleges that Plaintiffs' claims for punitive damages are barred and are in violation of the due process of law clause of the Fifth and Fourteenth Amendments to the United States Constitution and the corresponding provisions of the Constitution of the Commonwealth of Kentucky.

WHEREFORE, Defendant, GEICO Indemnity Company, requests judgment as follows:

1. Dismissing Plaintiffs' Complaint with prejudice;

2. For GEICO's costs, expenses and attorneys' fees herein expended;

3. Trial by jury; and

4. All other legal and equitable relief to which GEICO may appear entitled.

BOEHL STOPHER & GRAVES, LLP

*/s/ Charles H. Stopher*
Charles H. Stopher (KBA No. 90981)
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
cstopher@bsg-law.com
*Counsel for GEICO Indemnity Company*

Filed                19-CI-01218      04/26/2019              Vincent Riggs, Fayette Circuit Clerk

Case: 5:19-cv-00199-GFVT   Doc #: 1-1   Filed: 05/06/19   Page: 13 of 13 - Page ID#: 20

Filed                19-CI-01218      04/26/2019              Vincent Riggs, Fayette Circuit Clerk

Case: 5:19-cv-00199-GFVT   Doc #: 1-1   Filed: 05/06/19   Page: 13 of 13 - Page ID#: 20

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served via the electronic filing system on the following this 26th day of April, 2019:

Louis C. Schneider
Thomas Law Offices, PLLC
250 East Fifth Street, Suite 440
Cincinnati, OH 45202
P: (513) 360-6480
F: (502) 495-3943
Lou.schneider@thomaslawoffices.com
*Counsel for Plaintiffs*

                                                       */s/ Charles H. Stopher*
                                                       Charles H. Stopher